

FILED

10/23/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 24-0580

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 24-0580

_____

PAUL SOUTHWICK,

      Petitioner,

    v.

CAPTAIN BRANDON SMART,
YELLOWSTONE COUNTY
DETENTION CENTER,

      Respondent.

_____

FILED

OCT 2 3 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Paul Southwick has filed a verified Petition for Writ of Habeas Corpus, alleging an illegal sentence and requesting all credit for time served as well as discharge of his sentence retroactive to June 2023. Southwick does not include any exhibits or attachments.

Southwick states the District Court revoked his sentence after his arrest on January 8th, without providing the year, in an older case (DC 2011-51). He further states that after checking the record, the District Court "gave [him] credit for 6 years, 8 months[.]" Southwick refers to a concurrent sentence "which originated before" and claims that he only received "credit for four years[.]" Southwick puts forth that the court and the Probation and Parole Officer neither "gave reason for this allowance nor gave reason for denial of the other 2 years and 8 months."

This Court secured available electronic documents. The Sixteenth Judicial District Court, Custer County, sentenced Southwick for felony forgery to a ten-year, suspended term to the Department of Corrections (DOC) on December 6, 2012. The District Court revoked this sentence twice—in 2014 and 2023. On October 6, 2014, the court committed Southwick to the DOC for a ten-year term with seven years suspended after he failed to report. The court awarded 172 days of credit for time served and awarded no credit for street time or time while on supervision due to his probationary violations.

On February 28, 2023, Southwick appeared in District Court for the State's Petition for Revocation of Order Suspending Sentence because he absconded from supervision, a non-compliance violation. Section 46-18-203(11)(b), MCA (2021). The District Court imposed a seven-year, unsuspended term to the DOC. The District Court specifically stated in its Second Order Finding Violation of Suspended Imposition of Sentence and Imposition of Final Sentence:

> 8.    Based upon review of the testimony and Report of Violation, the Defendant is granted credit against the term a total of **three years** of incarceration served and satisfactory intervening supervision served through February 23, 2023. The amount exceeds the piecemeal credit due as calculated by the parties and is granted in an abundance of caution to grant all credit due.

(Emphasis in original.)

Southwick's concurrent sentence was originally imposed on February 2, 2015, for felony theft (common scheme). On March 29, 2023, the Yellowstone County District Court held a revocation hearing, and resentenced Southwick to the DOC for 239 days. The District Court specifically found that Southwick was not entitled to credit for elapsed time. The court awarded him credit for pre-trial incarceration from January 11, 2023 through March 29, 2023.

Southwick has received a total credit of three years and two months between both sentences. He has not shown how he is entitled to more credit for time served or elapsed time, given these written judgments. He has not demonstrated an illegal sentence, pursuant to § 46-22-101(1), MCA, and he cannot challenge a sentence upon revocation, pursuant to § 46-22-101(2), MCA. Accordingly,

IT IS ORDERED that Southwick's Petition for Writ of Habeas Corpus is DENIED and DISMISSED.

IT IS FURTHER ORDERED that this matter is CLOSED as of the Order's date.

The Clerk is directed to provide a copy of this Order to: the Honorable Michael B. Hayworth, District Court Judge and the Honorable Brett Linneweber, District Court Judge; Kristi Celander, Clerk of District Court, under Cause No. DC 2011-51; Terry Halpin, Clerk

2

of District Court, under Cause No. DC-14-0569; counsel of record; and Paul Southwick personally.

DATED this 23rd of October, 2024.

_____
Chief Justice

_____

_____

_____

_____
Justices